The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **MICHELE FOX**,<br><br>                    Plaintiff,<br><br>            v.<br><br>**MICHAEL FORT, in his individual and representative capacity; and CITY OF BATTLEGROUND, a municipal corporation,**<br><br>                    Defendants. | **CASE NO.  3:21-CV-05037-MJP**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE THE GEOGRAPHIC REQUIREMENT IN LCR 83.1(d)(2)** |

THIS MATTER came before the Court on Plaintiff's Motion to Waive the Geographic Requirement in LCR 83.1(d)(2).  Having considered the party's submission and deeming that good cause exists, this Court GRANTS the motion.  The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that Stephen L Brischetto may serve as local counsel.

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that Plaintiff's Motion to Waive the Geographic Requirement in LCR 83.1(d)(2) is GRANTED.

DATED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s Stephen L. Brischetto_____
Stephen L. Brischetto, WSBA No. 32472
621 SW Morrison St., Suite 1025
Portland, Oregon 97205
Attorney for Plaintiffs
Ph:503-223-5814
slb@brischettolaw.com