The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **MICHELE FOX**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL FORT, in his individual and representative capacity; and CITY OF BATTLEGROUND, a municipal corporation,** <br><br> Defendants. | **CASE NO. 3:21-CV-05037-MJP** <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE THE GEOGRAPHIC REQUIREMENT IN LCR 83.1(d)(2)** |

THIS MATTER came before the Court on Plaintiff's Motion to Waive the Geographic Requirement in LCR 83.1(d)(2). Having considered the party's submission and deeming that good cause exists, this Court GRANTS the motion. The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that Stephen L Brischetto may serve as local counsel.

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that Plaintiff's Motion to Waive the Geographic Requirement in LCR 83.1(d)(2) is GRANTED.

DATED this 11th day of February, 2021.

Marsha J. Pechman
United States Senior District Judge

Presented by:

/s Stephen L. Brischetto
Stephen L. Brischetto, WSBA No. 32472
621 SW Morrison St., Suite 1025
Portland, Oregon 97205
Attorney for Plaintiffs
Ph:503-223-5814
slb@brischettolaw.com

**Page 2 – ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE THE GEOGRAPHIC REQUIREMENT IN LCR 83.1; 3:19-cv-05002-RBL**