1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE FOX,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL FORT, CITY OF BATTLEGROUND,<br><br>                Defendants. | CASE NO. C21-5037 MJP<br><br>ORDER ON MOTION TO ALTER CASE SCHEDULE AND STRIKE TRIAL DATE |

      This matter is before the Court on the Parties' stipulated motion to alter the case schedule and strike the trial date. (Dkt. No. 16.) The Court has considered the motion and GRANTS it in part and DENIES it in part.

      This is an employment discrimination case that is currently scheduled for a seven-day jury trial beginning April 18, 2022. The Parties ask the Court to strike the trial date due to a scheduling conflict and to continue deadlines for the close of discovery and dispositive motions by 60 days. (Dkt. No. 16.) The Court DENIES the portion of the motion to alter the case

1   schedule because the Parties have not given any reason for the request.  They have therefore
2   failed to show good cause.

3   As far as the trial date, the Court notes that the trial date was scheduled on March 30,
4   2021.  (Dkt. No. 13.)  In the Court's scheduling order, the Parties were directed to notify the
5   Deputy Clerk of any irreconcilable conflict with the trial date within 10 days of the order.  More
6   than six months have passed and the Parties do not give any reason for their delay.  Defendant's
7   counsel states she has a previously planned cruise that sails on April 25, 2022, which would
8   leave the Parties with only five days for trial, instead of the seven planned.  Although the Parties
9   have not shown good cause, the Court nevertheless GRANTS the portion of the motion seeking a
10  new trial date to the extent that trial will begin two weekdays earlier, on April 14, 2022.

11  The clerk is ordered to provide copies of this order to all counsel.

12  Dated October 8, 2021.

Marsha J. Pechman
United States Senior District Judge