UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELE FOX,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL FORT, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:21-cv-05037-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge. (Dkt. No. 75.) No objections were filed. Pursuant to the Report and Recommendation, Defendants provided notice to the Court and all parties that at a public meeting held on May 23, 2022, the City Council for Defendant City of Battle Ground voted to approve the parties' negotiated settlement. (Dkt. No. 79 at 1.)

The Court, having reviewed the Report and Recommendation of Judge Michelle L. Peterson, and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 75).

2. A separate order will follow entering the parties' Consent Decree.

3. The Clerk is directed to send copies of this Order to the parties and to the Honorable Michelle L. Peterson.

Dated this 8th day of June 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2